UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

**FILED**

AUG 2 2 2014

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal Number P-14-MJ-919 |
| | ) |
| SOCORRO ELIZABETH CARBAJAL, ALMANZA | ) |

## ORDER GRANTING LEAVE FOR DISMISSAL OF COUNT ONE OF COMPLAINT

Pursuant to Federal Rule for Criminal Procedure 48(a), the Court grants leave for filing of a dismissal of COUNT ONE of the felony complaint pending the Defendant. It is so ORDERED that the dismissal is without prejudice.

Date: 8/22/2014

_____
B. DWIGHT GOAINS
United States Magistrate Judge